1
2
3
4
5

# UNITED STATES DISTRICT COURT

6
7

## EASTERN DISTRICT OF CALIFORNIA

8 | MIGUEL A. FRANCO,                              CASE NO. 1:12-cv-01267-SMS

9 |               Plaintiff,

10 |   v.

|                   ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*

11 | MICHAEL J. ASTRUE,
Commissioner of Social Security,

12

13 |               Defendant.          (Doc. 3)
_____/

14
15

       By a motion filed August 3, 2012, Plaintiff Miguel A. Franco seeks to proceed *in forma*

16
*pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

17
1915(a).

18
       Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

19
       Notwithstanding this order, the Court does not direct that service be undertaken until the

20
Court screens the complaint in due course and issues its screening order.

21

22
IT IS SO ORDERED.

**Dated:    August 17, 2012**          _____/s/ Sandra M. Snyder_____
23 |                             UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28