1  Marc V. Kalagian
   Attorney at Law: 149034
2  211 East Ocean Boulevard, Suite 420
   Long Beach, CA 90802
3  Tel: (562)437-7006
   Fax: (562)432-2935
4  E-Mail: rohlfing.kalagian@rksslaw.com

5  Attorneys for Plaintiff
   MIGUEL A. FRANCO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL A. FRANCO ) | Case No.: 1:12-CV-01267 SMS |
| Plaintiff, ) | STIPULATION TO EXTEND TIME; |
| v. ) | ORDER THEREON |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. ) ) | |
| Defendant. ) | |

TO THE HONORABLE SANDRA M. SNYDER, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 7-day extension of time, to and

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1  including June 28, 2013, in which to file his Opening Brief.  This request is made
2  at the request of Plaintiff's counsel to allow additional time to fully research the
3  issues presented.

4  DATE: June 21, 2013			Respectfully submitted,
5						ROHLFING & KALAGIAN, LLP
6						/s/ *Marc V. Kalagian*
7				BY: _____
					Marc V. Kalagian
8					Attorney for plaintiff Mr. Miguel A. Franco

10 DATE:  June 21, 2013
						BENJAMIN B. WAGNER.
11						United States Attorney

13						/s/ *Mr. Jeffrey T. Chen*
				BY: _____
14					Mr. Jeffrey T. Chen
					Special Assistant United States Attorney
15					Attorneys for defendant Carolyn W. Colvin
					|*authorized by e-mail|

18 IT IS SO ORDERED.

19 DATE:  6/21/2013			/s/ SANDRA M. SNYDER
20						UNITED STATES MAGISTRATE JUDGE

-2-