Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
MIGUEL A. FRANCO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. FRANCO | Case No.: 1:12-CV-01267 SMS |
| Plaintiff, | STIPULATION TO EXTEND TIME; ORDER THEREON |
| v. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, UNITED STATES

DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their

respective counsel, that Plaintiff shall have a 7-day extension of time, to and

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1  including June 28, 2013, in which to file his Opening Brief.  This request is made
2  at the request of Plaintiff's counsel to allow additional time to fully research the
3  issues presented.

4  DATE: June 21, 2013              Respectfully submitted,
5                                   ROHLFING & KALAGIAN, LLP
6                                         /s/ *Marc V. Kalagian*
7                          BY: _____
                               Marc V. Kalagian
8                              Attorney for plaintiff Mr. Miguel A. Franco

9
10 DATE:  June 21, 2013
                                    BENJAMIN B. WAGNER.
11                                  United States Attorney
12
                                        /s/ *Mr. Jeffrey T. Chen*
13
                           BY: _____
14                             Mr. Jeffrey T. Chen
                               Special Assistant United States Attorney
15                             Attorneys for defendant Carolyn W. Colvin
                               |*authorized by e-mail|
16

17

18 IT IS SO ORDERED.

19
   DATE:  6/21/2013              /s/ SANDRA M. SNYDER
20
                                 UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

-2-